RECEIVED

AUG 0 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MAURICE SCOTT | CIVIL ACTION NO. 05-0500-M |
| VS. | SECTION P |
| WARDEN JIMMY SHIVERS | JUDGE JAMES |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 8 day of August, 2005.

ROBERT G. JAMES, JR.
UNITED STATES DISTRICT JUDGE